UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-CR-00072 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| CHASWAN N. BATTLE | ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America hereby requests this Court to substitute Assistant United States Attorney Lynne Ingram in the place of Assistant United States Attorney Blanche B. Cook as the attorney for the government in this case.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

s/ Blanche B. Cook
Blanche B. Cook
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
(615)736-5151