UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:11-CR-72 |
| | ] | |
| CHASWAN BATTLE | ] | CHIEF JUDGE HAYNES |

*[Handwritten annotation: GRANTED. This motion and the Defendant's supporting CDF No. 40 are set for a hearing on December 4, 2013 at 4:30 pm. [signature] USDJ 12-2-13]*

---

MOTION TO COMPEL PRODUCTION OF DISCOVERY:
DELIVERY OF ALLEGED CONTROLLED SUBSTANCE TO DEFENSE EXPERT

---

Comes now the defendant, Chaswan Battle, by and through counsel, pursuant to Local Criminal Rules 12.01(a) and 16.01(a)(2)(j) and (b), and hereby moves that this Honorable Court order the government to deliver the alleged controlled substances to defense expert, Michael Hitchcock, Southern Forensic Consulting, 2620 Winchester Road, Montgomery, Alabama 36106, phone 334-318-8520, e-mail: mhitchcock@southernforensic.com for independent testing on or before December 6, 2013. The specific substances this motion refers to are those identified as Exhibits 01-a and 02-a on the April 29, 2009 "Official Forensic Chemistry Report" filed by Laura Leigh Cole, Special Agent/Forensic Scientist, Lab Case Number 091003707 and Agency Case Number 90930311622.

Pursuant to L.Cr.R. 16.01(b) a Memorandum in Support is filed contemporaneously with this motion, and attached to that Memorandum is the