UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-72 |
| | ) | |
| CHASWAN BATTLE | ) | CHIEF JUDGE HAYNES |

JOINT MOTION TO ISSUE
AGREED ORDER
TO AUTHORIZE INDEPENDENT TESTING OF EVIDENCE AT T.B.I.
LABORATORY

Comes now the defense and the government, jointly, and ask that for good cause this Honorable Court issue the attached Agreed Order. In further support of this Motion the parties would show the following good cause:

1. The defense wishes to exercise their right, pursuant to Local Criminal Rule 16.01, to independently test the evidence in this case.

2. Such testing can be performed by the defense expert, Michael Hitchcock, at the Tennessee Bureau of Investigation (TBI) laboratory, and the government is able to have the evidence transported to that laboratory for testing. No other facility is presently available for such testing in the Nashville/Middle District region.